UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREA Y. DYBDAL,

                                   Plaintiff,        06 CV 5686 (JBW) (LB)

            -against-                               **STIPULATION OF DISMISSAL WITH PREJUDICE**

AIG VALIC (VARIABLE ANNUITY LIFE INSURANCE       ECF CASE
COMPANY) and AIG (AMERICAN INTERNATIONAL
GROUP),

                                 Defendants.
-----------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, through their counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice and without any award of attorneys' fees, costs or other relief to either party.

_2/1/08_
Date

By: _____
Robert D. Lipman (RL 3564)
David A. Robins (DR 5558)
Lipman & Plesur, LLP
*Attorneys for Defendants*
The Jericho Atrium
500 N. Broadway, Suite 105
Jericho, NY 11753
516-931-0050

_2/20/08_
Date

By: _____
Jared M. Lefkowitz, Esq. (JL 6920)
*Attorney for Plaintiff*
48 Wall Street, 11th Floor
New York, NY 10005
917-887-3920

SO ORDERED:
_____
U.S.D.J.
2/21/08